UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO MERCADO,<br><br>Defendant. | Case No. 18-CR-00549-LHK-3<br><br>**ORDER REGARDING WITNESSES AND TRIAL DATE**<br><br>Re: Dkt. Nos. 113, 114 |

On February 3, 2020, the government filed a statement notifying the Court that it is available to advance the trial to March 2, 2020, but that one government witness "would not be able to testify until the March 6 trial date." ECF No. 113. On February 4, 2020, Defendant Ricardo Mercado filed a statement notifying the Court that he is also available to advance the trial date to March 2, 2020, but that "one defense witness is not available until Monday, March 9." ECF No. 114.

The Court ORDERS the parties to identify these two witnesses by Tuesday, February 4, 2020 at 2:00 p.m. Additionally, by Tuesday, February 4, 2020 at 5:00 p.m., Defendant Ricardo Mercado shall file a statement as to whether he agrees to allow the government to call its one witness on March 6, 2020 in the middle of Defendant's case in chief.

1

Case No. 18-CR-00549-LHK-3
ORDER REGARDING WITNESSES AND TRIAL DATES

**IT IS SO ORDERED.**

Dated: February 4, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 18-CR-00549-LHK-3
ORDER REGARDING WITNESSES AND TRIAL DATES